NO. WR-79-062-03.
Cause NO: 4079-A.

September-11-2015.
76,062-03

Abel Acosta Clerk.
Court of Criminal Appeals of Texas
P.O.Box 12308 - Capitol STation.
Austin, Texas 78711.

RECEIVED IN
COURT OF CRIMINAL APPEALS

SEP 14 2015

Abel Acosta, Clerk

Dear Acosta, Clerk.

9-9-2015. On this day, your White Card I has been received. Please be advised.

1. Your Court has denied my Petitioner's Application For Writ of habeas Corpus Art. 11.07. without written order with out Not in the evidentiary hearing issues, Petitioner has not has any authority To Order that the Trial state Court evidentiary hearing rulings habeas Corpus Claims Present habeas Corpus Claims only if they run afoul of Specific Constitutional right or render the Petitioner's trial Fundamentally Unfair. Pemberton V. Collins, 991 F.2d 1218, 1226 (5th Cir.1993) Citing Johnson V. Blackburn, 778 F.2d 1044, 1050 (5Th Cir 1985). The established standard For Fundamental Fairness requires that habeas relief be granted by a Federal Court only when the state Trial error relates to evidence that is material in the sense of a crucial, critical, highly Significant Factor. Mullen V. Blackburn, 808 F.2d 1143, 1145 (5Th Cir 1987)

CC: File letter To the Court of Criminal Appeals of Texas

( 1-2 )

Petitioner's Fourh Amendment rights were Violated.

2. Petitioner also Claims his Due Process rights were Violated by the denial of his Application For Writ of habeas Corpus Art.11.07 Code of Criminal Procedure awithout Written Order From the Court of Criminal Appeals of Texas Due Process of the Law. Violated.

3. After examining the Application of Writ of habeas Corpus 11.07. the convicting Court shall hold a hearing and make a Finding as to whether it is reasonably Probable that the Petitioner the Trial Court Shall been granted relief on the habeas Corpus.

4. Enclosed: Dear Acosta Clerk: Soon You get this letter immdiately issue a Mandate set or relief & relase. Because I am going To Proceeding with the Federal Court with the Writ of habeas Corpus 28 USCA. Pros 2254.

I've Waiting soon with your reply of Mandate relief From the Court of Criminal Appeals of Texas.

Sincerely Submitted.

*Armando Madrid.*

Armando Madrid: Claim.

Armando Madrid.
#1425800
Lynaugh Unit.
1098. S. HWY 2037.
FT. Stockton, Tx. 79735.

CC: File   letter To Acosta Clerk. Court of Criminal Appeals. of Texas. Austin, Texas.